Filed 9/9/25  P. v. Pierce CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>AARON JAMES PIERCE,<br><br>    Defendant and Appellant. | 2d Crim. No. B342470<br>(Super. Ct. Nos. 2024014401,<br>2024021631, 2024021682.)<br>(Ventura County) |

Aaron James Pierce appeals the judgment entered following his guilty plea to three counts of second degree burglary and admission to an on-bail allegation.  (Pen. Code, §§ 459, 12022.1, subd. (b).)  We affirm.

On May 25, 2024, Pierce entered the locked Oaks Mall and took items and cash from businesses therein.  On May 28, 2024, Pierce was found inside a locked snack bar of a Little League baseball field.  After arrest and release on his own recognizance, Pierce entered a locked church and ransacked areas therein.

On September 11, 2024, Pierce waived his preliminary examination and trial rights and entered a guilty plea to three

counts of second degree burglary. He also admitted the on-bail allegation of section 12022.1, subdivision (b). The trial court sentenced him to the lower term of 16 months for the church burglary, enhanced by two years for the on-bail allegation. The court imposed sentences to be served concurrently for the remaining two second degree burglary counts. The court split the sentence so that Pierce would serve 20 months in county jail, followed by 20 months in mandatory supervision. The court awarded 145 days of presentence custody credit and ordered Pierce to pay victim restitution plus a $300 restitution fine.

We appointed counsel to represent Pierce in this appeal. After counsel's examination of the record, he filed an opening brief raising no issues.

On August 7, 2025, we advised Pierce that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal. We have not received a response.

We have reviewed the entire record and are satisfied that Pierce's attorney has fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.
NOT TO BE PUBLISHED.


GILBERT, P. J.

We concur:


YEGAN, J.          BALTODANO, J.

2

Paul W. Feldman, Judge

Superior Court County of Ventura

_____


Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.